UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES O'NEIL WIGGIN,

    Plaintiff,

v.

RN SCHNEIDER, LT. MATHEWS, JANE DOE SERGEANT,

    Defendants.

CASE NO. 13-5884 RJB/KLS

ORDER DENYING SECOND MOTION TO AMEND AS MOOT

Plaintiff has filed a second motion to amend his complaint. Dkt. 20. The motion appears to be a duplicate of Plaintiff's motion to amend filed on December 5, 2013. Dkt. 12. The Court granted that motion to amend on December 5, 2013 (Dkt. 16) and the Plaintiff's amended complaint is filed at Dkt. 17.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion to amend (Dkt. 20) is **DENIED as moot.**

(2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 30th day of December, 2013.

    Karen L. Strombom
    United States Magistrate Judge