UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES O'NEIL WIGGIN,

    Plaintiff,

v.

RN SCHNEIDER, LT. MATHEWS, JANE DOE SERGEANT, DEPARTMENT OF CORRECTIONS,

    Defendants.

CASE NO. C13-5884 RJB -KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 51) and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion to dismiss (Dkt. 22) is **GRANTED as to the Department of Corrections and DENIED in all other respects;** Plaintiff's motion to amend (Dkt. 29) is **GRANTED.**

(3) This matter is re-referred to Magistrate Judge Karen L. Strombom for further proceedings.

**DATED** this 9th day of July, 2014.

_____
ROBERT J. BRYAN
United States District Judge